# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| BRANDON J. MONSEN and AMY H. MONSEN, Debtors. | 09-25850 WTT [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Rocky Mountain Power P.O. Box 25308 Salt Lake City, UT 84125 | $2.18 |

The address listed above constitutes the last known address in question. The check in the amount of $2.18 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 2 day of February, 2011.

_____
Duane H. Gillman, Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2011 FEB -2 PM 3: 22
DISTRICT OF UTAH

SLC_782981.1